UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary J. Richter,

Plaintiff,

vs.

Century Business Services, Inc.,
a Delaware Corporation;
BVKT Business Services, Inc.,
and Ohio Corporation; and
Bertram, Vallez, Kaplan and Talbot, Ltd.
a Minnesota Corporation,

Defendants.

**Civil No. 01-CV-1533 ADM/AJB**

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED by the parties that defendants may answer or otherwise respond to plaintiff's complaint on or before September 21, 2001.

Dated: September 7, 2001

Nichols Kaster & Anderson, PLLP

James H. Kaster, #53946
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612)338-1919

ATTORNEY FOR PLAINTIFF

FILED SEP 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: September 10, 2001

FAEGRE & BENSON LLP

Steven R. Anderson, #2380
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANTS

**ORDER**

Upon the foregoing stipulation,

IT IS SO ORDERED.

Dated 9/10, 2001

BY THE COURT

Arthur J. Boylan
United States Magistrate Judge

M1:791925.01