UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary J. Richter,

Plaintiff,

Civil No. 01-1533 ADM/AJB

vs.

Century Business Services, Inc.,
a Delaware Corporation;
BVKT Business Services, Inc.,
an Ohio Corporation; and
Bertram, Vallez, Kaplan and Talbot, Ltd.
a Minnesota Corporation,

Defendants.

STIPULATION AND ORDER FOR DISMISSAL

**STIPULATION**

It is hereby stipulated by the parties that this action may be dismissed with prejudice and without costs or attorneys' fees to any party and that the Court may issue the following order for dismissal.

Dated: Aug 13, 2002

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster (# 53946)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Attorneys for Plaintiff

AUG 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 14, 2002

FAEGRE & BENSON LLP

Steven R. Anderson (# 2380)
Angela C. Crandall (#0285055)

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendants

**ORDER**

Pursuant to the stipulation of counsel, it is hereby ordered that this action be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 15, 2002

Ann D. Montgomery
United States Judge

M1:896149.01